No. 02–11319. MARTINEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–11320. MARACALIN v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 02–11321. CHAVEZ-QUINTERO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–11322. COOMBS v. PENNSYLVANIA ET AL. Sup. Ct. Pa. Certiorari denied.

No. 02–11323. DAVIS v. LAVAN, SUPERINTENDENT, STATE COR-RECTIONAL INSTITUTION AT DALLAS, ET AL. C. A. 3d Cir. Certiorari denied.

No. 02–11324. JOHNSON v. METROPOLITAN DETENTION CEN-TER ET AL. C. A. 9th Cir. Certiorari denied.

No. 02–11325. MARQUEZ v. WILLIAMS, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 02–11326. SHAW v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 02–11327. ABERNATHY v. ALAMEIDA, DIRECTOR, CALIFOR-NIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 02–11328. JAMES v. WALKER, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 02–11329. SEADE-MAIREENA v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–11330. NOBLE v. NORRIS, DIRECTOR, ARKANSAS DE-PARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 02–11331. OCHOA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–11332. RODRIGUEZ-SANCHEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.